UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AILEEN M ESPERO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC.,<br><br>　　　　Defendant. | Case No. 2:16-cv-00125-APG-GWF<br><br>**ORDER** |

　　　This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed January 22, 2016. Defendant filed a Motion to Dismiss (#12) on February 29, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

　　　**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 2, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

　　　DATED this 21st day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge